# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **PALOMA CZWPIESKI**, | Case No. 3:19-cv-1247-SI |
| Plaintiff, | **ORDER** |
| v. | |
| **UNITED SEATING AND MOBILITY, LLC; and DEBORA UNVERZAGT**, | |
| Defendants. | |

**Michael H. Simon, District Judge.**

Plaintiff Paloma Czwpieski sued Defendants United Seating and Mobility LLC ("United Seating") and Debora Unverzagt ("Unverzagt") in Multnomah County Circuit Court. Defendants timely removed on the basis of diversity jurisdiction. Defendants contend: (a) Plaintiff is a citizen of Oregon; (b) Defendant United Seating is a limited liability company organized under the laws of Missouri with its principal place of business in Tennessee; (c) the sole member of United Seating is a Delaware corporation with its principal place of business in Tennessee; (d) Defendant Unverzagt is a citizen of Oregon; (e) Plaintiff fraudulently joined Unverzagt, thereby permitting the Court to disregard Unverzagt's citizenship for purposes of diversity jurisdiction; and (f) Plaintiff alleges an amount in controversy of $265,000.

Defendant Unverzagt has moved for summary judgment. ECF 5. In response, Plaintiff stipulated to, and does not oppose, Unverzagt's Motion for Summary Judgment. ECF 8. Accordingly, Defendant Unverzagt's Motion for Summary Judgment (ECF 5) is granted, and Unverzagt is dismissed from this action with prejudice. The case continues against Defendant United Seating.

**IT IS SO ORDERED.**

DATED this 3rd day of December, 2019.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge