IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PALOMA CZWPIESKI,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED SEATING AND MOBILITY, LLC; and DEBORA UNVERZAGT,<br><br>        Defendants. | Case No. 3:19-cv-1247-SI<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

Plaintiff Paloma Czwpieski's Motion to Voluntarily Dismiss Without Prejudice (ECF 19) is GRANTED.

**IT IS SO ORDERED.**

DATED this 1st day of October, 2020.

                                              /s/ *Michael H. Simon*
                                              Michael H. Simon
                                              United States District Judge